IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01425-MSK-KMT

TRANSAMERICA LIFE INSURANCE COMPANY, as successor in interest to Transamerica Occidental Life Insurance Company,

      Plaintiff,

v.

PPF NEWCO, LLC, a Colorado Limited Liability Company;
RICHARD J. BRYAN, individually,

      Defendants.

## ORDER GRANTING DISCHARGE, INJUNCTION, AWARD OF FEES, DISBURSEMENT OF FUNDS IN REGISTRY, AND DISMISSAL WITH PREJUDICE

After reviewing the Stipulated Motion for Discharge, Injunction, Award of Fees, Disbursement of Funds in Registry, and Dismissal with Prejudice **(#19)** filed by all Parties, the Court has determined that the motion should be GRANTED.

It is therefore ORDERED that:

(1) Plaintiff Transamerica and its affiliates, successors, assigns, and predecessors are discharged and released from all further liability relating to Transamerica Individual Life Insurance Policy No. 92468714 and its proceeds;

(2) each Defendant is enjoined and restrained from filing a suit in any other forum against Transamerica and its affiliates, successors, assigns, and predecessors based on Transamerica Individual Life Insurance Policy No. 92468714 and its proceeds;

(3) the Clerk of the Court is directed to issue a check to "Transamerica Life Insurance Company" from the Registry of the Court in the amount of $6,492.75;

(4) the Clerk of the Court is directed to thereafter issue a check to Defedant PPF Newco, LLC for the balance of the funds in the Registry of the Court; and

(5) this case is dismissed with prejudice.

DATED this 22nd day of August, 2014.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Court